UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DAVID KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 4:07cv170 sph/ucs |
| ) | |
| LABOR READY SOUTHEAST, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant LABOR READY SOUTHEAST, INC. ("Labor Ready"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court for the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, Tallahassee Division. In support thereof, Defendant states as follows:

1. On or about February 22, 2007, a Complaint was filed in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, which was captioned "*David King vs. Labor Ready Southeast, Inc.*" (hereinafter the "State Court Case"). The State Court Case was assigned Case No. 07-CA-0617. Labor Ready was served with process in the State Court Case on March 22,

Orlando 78544.1

2007.

2. The Complaint sought relief for alleged violations of the Florida Civil Rights Act ("FCRA"), Chapter 760, Florida Statutes, the American with Disabilities Act ("ADA"), 42 U.S.C. § 12101, and 42 U.S.C. § 1981.

3. As required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days of Plaintiff's service of the initial pleading on Labor Ready.

4. As required by 28 U.S.C. § 1446(a), true and correct copies of Plaintiff's Complaint, Summons, Service of Process Transmittal Form and Initial Case Management Order are attached hereto as Exhibit "A," constituting all process, pleadings, and orders known to Labor Ready that have been filed in the State Court Case.

5. This Court has original, federal-question jurisdiction over this action, as amended, pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges violations of federal laws – the American with Disabilities Act , 42 U.S.C. § 12101 *et seq.* and 42 U.S.C § 1981.

6. The United States District Court for the Northern District of Florida, Tallahassee Division, embraces the location in which the original action was filed. Thus, removal is proper to this Court pursuant to 28 U.S.C. § 1441.

7. Pursuant to 28 U.S.C. § 1446(d), Labor Ready has provided written Notice of Removal to all parties in this action, and has filed a copy of this Notice of Removal in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida.

WHEREFORE, Defendant LABOR READY SOUTHEAST, INC. respectfully prays that this Court accept the removal of this action from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, and direct that such court have no further jurisdiction of this matter unless and until this case is remanded.

DATED this 10th day of April 2007.

                Respectfully submitted,

                FISHER & PHILLIPS LLP
                300 South Orange Avenue,
                Lincoln Plaza - Suite 1250
                Orlando, FL 32801
                Telephone:  (407) 541-0888
                Facsimile:  (407) 541-0887

By: _____
     Juan C. Lopez-Campillo, Esq.
     Florida Bar No. 0139785

Jeffrey B. Jones, Esq.
Florida Bar No. 0039950

Attorneys for Defendant LABOR READY SOUTHEAST, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing was delivered via overnight delivery to the Clerk of the Court and via facsimile and U.S. Mail to: Marie A. Mattox, P.A., Marie A. Mattox, Esquire, 310 East Bradford Road, Tallahassee, FL 32303, this 10th day of April 2007.

_____
Jeffrey B. Jones, Esq.